UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANTHONY ROSE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>SEVIER COUNTY, TENNESSEE, )<br>et al., )<br>)<br>*Defendants*. ) | No.: 3:08-cv-25<br>(Judge Phillips) |

## **O R D E R**

In accordance with the accompanying Memorandum, the motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. The motion for summary judgment is **GRANTED** as to the Sevier County Sheriff's Department, as to defendants Paul Lintner, Ronald L. Seals, Ken Hatcher, and Don Parton in their official capacity, and as to plaintiff's claims under the Tennessee Governmental Tort Liability Act. The motion for summary judgment is **DENIED** as to Sevier County, Tennessee, and defendants Ronald L. Seals, Ken Hatcher, and Don Parton in their individual capacity.

**ENTER:**

                                                 s/ Thomas W. Phillips
                                                 United States District Judge